**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MARRIOTT INTERNATIONAL, INC. and** | : | **CIVIL ACTION** |
| **MARRIOTT HOTEL SERVICES, INC.** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **TWIN CITY FIRE INSURANCE COMPANY** | : | **NO. 18-1452** |

## ORDER

**NOW**, this 12th day of September, 2018, the issues between the parties in this action having been settled, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure.

    /s/TIMOTHY J. SAVAGE